**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

In re: Deana L. Capaldi Moore                                    BK No. 1:16−bk−10818

*Order to File Missing Documents, and Notice of Automatic Dismissal for Non−Compliance−− Chapter 13 Case*

A petition was filed in the above−referenced case on **5/9/16**. Pursuant to Rhode Island LBR 1007, please be advised that the following documents are missing and must be filed within 14 days.
Failure to timely comply with this order by filing the missing documents or to timely seek an extension of time, will result in the automatic dismissal of the bankruptcy case without further notice.
*NOTE: All bankruptcy forms filed on or after December 1, 2015 MUST be filed using the newly revised Official Forms dated December 1, 2015.*

*B106sum −Summary of Assets and Liabilities*
*B106dec − Declaration re Individual Debtors Schedules*
*B106a/b − Property Individual*
*B106c −Property Claimed as Exempt*
*B106d −Creditors who hold Claims Secured by Property*
*B106e/f −Creditors who have Unsecured Claims*
*B106g −Executory Contracts and Unexpired leases*
*B106h −your Codebtors*
*B106i −income*
*B106j −Expenses*
*B107 − Statement of Financial Affairs*
*Attorney 2016B Compensation Statement*

*Payment Advices (60 Days) or Affidavit of Non−existence*
*Chapter 13 Plan−Local Form*
*Certificate of Service Re: Ch 13 Plan*
*RI Local Bankr. Form 2083−1.1*
*Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−11*
*Chapter 13 Calculation of Your Disposable Income Form 122C−2 (if applicable)*

*Other:*

***REMINDER: CERTIFICATE OF COMPLETION OF FINANCIAL MANAGEMENT COURSE MUST BE FILED WITH THE COURT NO LATER THAN THE LAST PAYMENT UNDER THE CHAPTER 13 PLAN**

## Certificate of Service

| **Debtor** | **Debtor's Attorney** | **Chapter 13 Trustee** |
|---|---|---|
| Regular Mail | Email Delivery | Email Delivery |

Dated *: 5/10/16*                                    *So Ordered:*
Document Number: **4 − 1**

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

310a.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

Website: *www.rib.uscourts.gov*