*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

---

In Re: Deana L. Capaldi Moore                BK No. 1:16–bk–10818

Debtor(s)                                    Chapter 13

---

### *ORDER GRANTING MOTION TO EXTEND TIME TO FILE MISSING DOCUMENTS*
*filed by Debtor Deana L. Capaldi Moore*

On 5/23/2016 the debtor(s) filed a Motion to Extend Time until 5/30/2016 . It is hereby **ORDERED** that the Motion to Extend Time is **GRANTED** . Failure to timely file the missing documents or seek a further extension of time will result in the automatic dismissal of the bankruptcy case without further notice.

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **5/24/16**

Entered on Docket: **5/24/16**
Document Number: **9 – 8**

193.jsp

---